# NO. 12-18-00012-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| *IN RE:* | § | *ORIGINAL PROCEEDING* |
| *K. M., A CHILD,* | § | |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

A.S. filed an original mandamus proceeding complaining of the trial court's October 19, 2017 temporary order restricting A.S.'s possession of K.M., a child, to only supervised access in a therapeutic setting. On February 21, 2018, this Court conditionally granted A.S.'s petition and directed Respondent to vacate his October 19 order. By an order signed on February 23, Respondent has complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we *dismiss* A.S.'s petition for writ of mandamus *as moot*.

Opinion delivered February 28, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 28, 2018**

**NO. 12-18-00012-CV**

**IN RE: K. M., A CHILD**

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by A.S.; who is the relator in Cause No. 2017-269, pending on the docket of the 402nd Judicial District Court of Wood County, Texas. Said petition for writ of mandamus having been filed herein on January 23, 2018, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*